■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS CROSKERY, Appellant. (Appeal No. 1.) [621 NYS2d 983] —Judgment unanimously affirmed. Memorandum: Defendant appeals from two judgments, the first convicting him upon his plea to first degree rape and sentencing him to 12½ to 25 years' imprisonment, and the second convicting him upon his plea to attempted first degree burglary and sentencing him to 7½ to 15 years' imprisonment, to run consecutively to the first sentence. Defendant contends that his sentencing was conducted in violation of CPL 380.50 (2) (b) and that the sentence is harsh or excessive.

—Judgment unanimously affirmed. Same Memorandum as in *People v Croskery* (210 AD2d 872 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Kasler, J. —Attempted Burglary, 1st Degree.) Present—Green, J. P., Pine, Balio, Callahan and Boehm, JJ.